UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

LUZ MA AESTHETICS, INC.                    Case No.: 23-14986-CLC
                                           Chapter 11
    Debtor-in-Possession.
_____/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN HELD BY AMUR EQUIPMENT FINANCE, INC. ON PERSONAL PROPERTY OF DEBTOR.**
*(BTL EMSCULPT NEO SYSTEM & ACCESSORIES S/N 89900B001941)*

LUZ MA AESTHETICS, INC. ("Debtor"), by and through undersigned counsel, pursuant to 11 U.S.C. §506 and Bankruptcy Rule 3012, files this *Motion to Value and Determine Secured Status of Lien Held by Amur Equipment Finance, Inc. on Personal Property of Debtor* (the "Motion"), pursuant to 11 U.S.C. §506 and 1123(b)(5) of the Bankruptcy Code, Fed. R. Bankr. P. 3012 and Local Rule 3012-1, and requests that this Court enter an order (i) valuing BTL EMSCULPT NEO SYSTEM & ACCESSORIES (S/N 89900B001941) (the "Equipment"); and (ii) determining the secured status of lien held by Amur Equipment Finance against the Equipment, and in support thereof, states as follows:

1. On June 27, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. The Debtor owns the equipment described as a BTL Emsculpt NEO System & Accessories (S/N 89900B001941) (the "Equipment").

3. The Debtor executed a contract pertaining to the purchase of the Equipment with Lease Point Funding Group LLC ("Lease Point") who provided Debtor with the purchase money financing secured by the Equipment.

4. On December 1, 2021, Lease Point filed a UCC-1 #202109321000, a copy of which is attached as Exhibit "A".

5. On or about February 8, 2023, Lease Point assigned its claim to Amur Equipment Finance, Inc (the "Lender") and filed a UCC-3 #20200362104 amending the name of secured party accordingly, a copy of which is attached as Exhibit "B".

6. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3012-1, the Debtor seeks to value the Equipment securing the claim of the Lender.

7. At the time of the filing of this case, the value of the Equipment was listed in the Petition as $125,000.00. This value is based upon the opinion of the principal of the Debtor, and from internet research of the sale price of similar pieces of used equipment (see Exhibit "C").

8. The Lender has not yet filed a proof of claim.

9. The balance owed on this loan account is believed to be $151,322.00.

10. Pursuant to the valuation as specified above, Lender's claim shall be classified as a secured claim in the amount of $125,000.00, as provided in paragraph 6 above, and as a general unsecured claim for any deficiency, regardless of the original classification in any proof of claim if and when filed.

11. Lender's secured claim of $125,000.00 shall be paid through the Plan with interest at the rate of ten percent (10%) over seventy-two (72) months for a total of $166,732.56, with a monthly payment of $2,315.73.

12. The subject Equipment may not be sold or refinanced without proper notice and further order of this Court.

13. Monthly payments shall be sent to Amur Equipment Finance, Inc., 304 West Third Street, Grand Isle, NE 68801.

**WHEREFORE**, Debtor respectfully requests an order of the Court (a) determining the value of the personal property in the amount of $125,000.00; (b) determining the secured status of the Lender's lien as stated above; (c) determining that any timely filed proof of claim is classified as stated above; and (d) for such other and further relief as is just and proper.

Dated:  July 31, 2023

                                        **VAN HORN LAW GROUP, P.A.**
                                        500 NE 4th ST, STE 200,
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 765-3166
                                        Facsimile: (954) 756-7103
                                        Email: Chad@cvhlawgroup.com

                                    By: /s/  **Chad Van Horn, Esq.**
                                        Chad Van Horn, Esq.
                                        Florida Bar No. 64500

# EXHIBIT "A"

| STATE OF FLORIDA UNIFORM COMMERICAL CODE | Florida Secured Transaction Registry |
|---|---|
| FINANCING STATEMENT FORM | |

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Wolters Kluwer Lien Solutions; (800)331-3282
Email ctlsweback@wolterskluwer.com

**B. SEND ACKNOWLEDGEMENT TO:**

# FILED

2021 Dec 01 05:37 PM

\*\*\*\*\*\*\* 202109321000 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Luz Ma Aesthetics Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | This space not available. | | |
| 11921 S Dixie Highway, Suite 207 | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Miami | FL | 33156 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LeasePoint Funding Group, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | This space not available. | | |
| 14905 Texas St | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Austin | TX | 78734 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

BTL Emsculpt NEO System & Accessories S/N: 89900B001941

**5. ALTERNATE DESIGNATION (if applicable)** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   83710970-62681254

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida

# EXHIBIT "B"

**FILED**

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Wolters Kluwer Lien Solutions; (800)331-3282 |
| Email ctlsweback@wolterskluwer.com |
| B. SEND ACKNOWLEDGEMENT TO: |

2023 Feb 08 01:55 PM

****** 202300362104 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 202109321000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

2a. ORGANIZATION'S NAME: Luz Ma Aesthetics Inc.
2b. INDIVIDUAL'S NAME (SURNAME, FIRST PERSONAL NAME, ADDITIONAL NAME(S)/INITIAL(S), SUFFIX):

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

3a. ORGANIZATION'S NAME: AMUR Equipment Finance Inc
3b. INDIVIDUAL'S NAME:

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☑ **ASSIGNMENT** ☑ Full or ☐ Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☐ **AMENDMENT** (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.
☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.
☐ DELETE name: Give record name to be deleted in item 8a or 8b.
☐ ADD name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION** - INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine names

8a. ORGANIZATION'S NAME: LeasePoint Funding Group, LLC
8b. INDIVIDUAL'S NAME:

**9. CHANGED (NEW) OR ADDED INFORMATION:** - INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine names

9a. ORGANIZATION'S NAME: AMUR Equipment Finance Inc
9b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX:

| 9c. MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 304 W 3rd Street | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | Grand Island | NE | 68801 | USA |

This space not available.

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
(name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

11a. ORGANIZATION'S NAME: LeasePoint Funding Group, LLC
11b. INDIVIDUAL'S NAME:

**12. OPTIONAL FILER REFERENCE DATA** 91281778- Debtor: Luz Ma

STANDARD FORM - FORM UCC-3 (REV.08/2018)    Filing Office Copy    Approved by the Secretary of State, State of Florida

# EXHIBIT "C"

### 2021 BTL Emsculpt NEO ~ Single Owner ~ No Errors or Faults ~

Condition: Used
"2021 BTL Emsculpt NEO ~ Single Owner ~ No Errors or Faults ~."

Price: US $125,000.00

[Buy It Now]
[Add to cart]
♡ Add to Watchlist

5 watchers

Pickup: Free local pickup from Deerfield Beach, Florida, United States. See details

Shipping: Free Economy Shipping. See details
Located in: Deerfield Beach, Florida, United States

Delivery: 📅 Estimated between Wed, May 10 and Sat, May 13 ⓘ
Includes 5 business days handling time after

Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Seller information
usedlazers (75 ★)
83.3% positive feedback
♡ Save seller
Visit store
Contact seller
See other items

### People who viewed this item also viewed


2021 Emsculpt Neo
$130,000.00
+ $1,200.00 shipping


Sponsored
2021 BTL Aesthetics Emsculpt NEO with Emsella Chair Non-...
$200,000.00
+ $1,200.00 shipping


2021 BTL Emsculpt NEO ~ Single Owner ~ Warranty ~ No Errors...
$119,999.00
+ $1,295.00 shipping


BTL Emsculpt Body Contouring RF both paddle sets
$51,000.00
+ $1,200.00 shipping


ibeautyshop4uu
Shop a related Store
8.0K items sold
In eBay Stores
Sponsored
[Shop now]

Have one to sell? [Sell now]

Hover to zoom

