UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

LUZ MA AESTHETICS, INC.                                  Case No.: 23- 14986-CLC
                                                         Chapter 11
        Debtor-in-Possession.
_____/

### MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN HELD BY CITIZENS BANK N.A. ON PERSONAL PROPERTY OF DEBTOR

LUZ MA AESTHETICS, INC. (the "Debtor"), by and through its undersigned counsel hereby files this *Motion to Value and Determine Secured Status of Lien Held by Citizens Bank N.A. On Personal Property of Debtor* (the "Motion"), pursuant to 11 U.S.C. §506 and 1123(b)(5) of the Bankruptcy Code, Fed. R. Bankr. P. 3012 and Local Rule 3012-1, and requests that this Court enter an order (i) valuing Debtor's personal property; and (ii) determining the secured status of any lien held by Citizens Bank N.A. against the personal property owned by the Debtor as specified below and in support thereof state as follows:

1.      On June 27, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.      The Debtor operates spa that provides spa and aesthetics treatment including fillers and rejuvenation, and continues to manage and operate the business as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

3.      Debtor has six (6) UCC-1 Financing Statements of record in the Florida Secured Transaction Registry, four (4) of which are secured by specific pieces of equipment used in the business.

4.      The two (2) remaining UCC-1's reflect that the lenders are secured by all assets of

the Debtor.

5. The first UCC-1 was filed by the U.S. Small Business Administration ("SBA") on June 28, 2020, (UCC-1 # 20200256937X) securing all unencumbered personal property of the Debtor, a copy of which is attached as Exhibit "A".

6. At the time of the filing of the Debtor's Chapter 11 petition, it is believed that the balance owed to the SBA is approximately $53,458.38, of which $44,303.27 is secured, and the balance is unsecured.

7. The second UCC-1 was filed by Citizens Bank N.A. ("Citizens") on or about September 20, 2022 (UCC-1 #202203057325X), a copy of which is attached as Exhibit "B"

8. At the time of the filing of the Debtor's Chapter 11 petition, it is believed that the balance owed to Citizens is approximately $90,000.00.

9. The Debtor asserts for the reasons set forth below that to the extent that Citizens has an allowable claim, that claim is unsecured.

10. At the time of the filing of the Debtor's Chapter 11 petition, the personal property of the Debtor, as set forth in Schedule A/B of the Petition (DE 1) and in the Debtor's opinion, had a **total value of $307,811.27, broken down as follows:**

| | | |
|---|---|---:|
| (a) | Bank Accounts | $1,958.27 |
| (b) | Furniture/Fixtures | $8,159.00 |
| (c) | BTL EMSculpt NEO System ( PM lien) | $125,000.00 |
| (d) | Ultera Ultherapy System (PM lien) | $23,513.00 |
| (e) | Morpheus 8 System (PM lien) | $65,000.00 |
| (f) | Cellutone Laser  (PM lien) | $9,995.00 |
| (g) | Rohrer Spectrum Laser (PM lien) | $40,000.00 |
| (h) | Inventory | $34,186.00 |

(collectively the "Assets").

11. After removing the value of the equipment listed in 11(c); (d); (e); (f); and (g), all of which are the collateral for purchase money loans, **the net unencumbered Assets total**

**$44,303.27**.

12. The first lien of the SBA is secured by the Assets up to the value of $44,303.27, leaving a general unsecured claim of approximately $9,155.11. There is no equity available for the Citizen's lien.

13. The second lien of Citizens is entirely unsecured.

**WHEREFORE**, the Debtor respectfully requests an order of the Court determining that (i) the first lien of the SBA is secured in the amount of $44,303.27, and unsecured in the approximate amount of $9,155.11; and (ii) the claim of Citizens is unsecured in its entirety; and (iii) for such other and further relief as is just and proper.

Dated:  July 31, 2023

        **VAN HORN LAW GROUP, P.A.**
        500 NE 4th Street, Suite 200
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
     Chad Van Horn, Esq.
     Florida Bar No. 64500

| STATE OF FLORIDA UNIFORM COMMERICAL CODE FINANCING STATEMENT FORM | Florida Secured Transaction Registry |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>Corporation Service Company; 1-800-858-5294<br>Email FLSOSUCCFilingsV3@cscglobal.com | **FILED**<br>2020 Jun 28 10:28 AM<br>****** 20200256937X ****** |
| B. SEND ACKNOWLEDGEMENT TO: | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Luz Ma Aesthetics, Inc | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One<br>11921 S. Dixie Hwy. Suite 207 | | This space not available. | |
| MAILING ADDRESS Line Two | CITY<br>Pinecrest | STATE FL / POSTAL CODE 33156 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | | This space not available. | |
| MAILING ADDRESS Line Two | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| U.S. Small Business Administration | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One<br>2 North Street, Suite 320 | | This space not available. | |
| MAILING ADDRESS Line Two | CITY<br>Birmingham | STATE AL / POSTAL CODE 35203 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. ALL DOCUMENTARY STAMPS DUE AND PAYABLE OR TO BECOME DUE AND PAYABLE, HAVE BEEN PAID. 325462 7900

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**     1884 30680

STANDARD FORM - FORM UCC-1 (REV.05/2013)     Filing Office Copy     Approved by the Secretary of State, State of Florida

# EXHIBIT "A"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

2398 05214
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Florida (S.O.S.)

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Sep 20 03:58 PM

****** 202203057325 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: LUZ MA AESTHETICS INC.

1c. MAILING ADDRESS: 11921 South Dixie Highway, Suite 207 | CITY: Pinecrest | STATE: FL | POSTAL CODE: 33156 | COUNTRY: USA

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Citizens Bank, N.A.

3c. MAILING ADDRESS: One Citizens Plaza | CITY: Providence | STATE: RI | POSTAL CODE: 02903 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid. All personal property of Debtor of every kind and nature, wherever located, whether now owned or hereafter acquired, including without limitation, the following categories of property as defined in Revised Article 9 of the Uniform Commercial Code: goods (including inventory, equipment, fixtures, farm products, and any accessories thereto), instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, general intangibles (including payment intangibles and software), supporting obligations and any and all records of, accessions to and products and proceeds of the foregoing.

Any term used herein which is defined in either (i) Article 9 of the Uniform Commercial Code as in effect in the jurisdiction in which this financing statement was signed or authenticated by the Debtor at the time it was so signed or

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 2398 05214

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT "B"**

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**LUZ MA AESTHETICS INC.**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
authenticated or (ii) Article 9 of the Uniform Commercial Code as in effect at any relevant time in the jurisdiction in which this financing statement is filed, has the meaning to be ascribed thereto with respect to any particular item of property under the more encompassing of the two definitions. This financing statement covers, and is intended to cover, all personal property of the Debtor.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)